UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| Katherine Koveleski<br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | Case No. 19-cv-13457<br><br>Paul D. Borman<br>United States District Judge<br><br>Patricia T. Morris<br>United States Magistrate Judge |

**OPINION AND ORDER**
**(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 15), (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 14), (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 11), AND AFFIRMING THE FINDINGS OF THE COMMISSIONER**

On January 14, 2021, Magistrate Judge Patricia T. Morris issued a Report and Recommendation (ECF No. 15) addressing the cross-motions for Summary Judgment filed in this matter (ECF Nos. 11, 14). In the Report and Recommendation, Magistrate Judge Morris recommends the Commissioner's Motion (ECF No. 14) be granted and Young's Motion (ECF No. 11) be denied, and pursuant to 42 U.S.C. § 405(g), the ALJ's decision be affirmed.

1

2

Having conducted a review of the Magistrate Judge's Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(b), this Court ADOPTS the Report and Recommendation of Magistrate Judge Morris that GRANTS the Commissioner's Motion, DENIES Koveleski's motion, and AFFIRMS the decision of the Commissioner.

SO ORDERED.

Dated: February 5, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge